Digitally signed by
MATTHEW
DILLON
Date: 2024.05.10 10:54:45
-05'00'

AO 106 (Rev. 04/10)  Application for a Search Warrant    AUTHORIZED AND APPROVED/DATE:

# UNITED STATES DISTRICT COURT
for the
Western District of Oklahoma

| | | |
|---|---|---|
| In the Matter of the Search of | ) | |
| | ) | |
| INFORMATION ASSOCIATED WITH PINTEREST ACCOUNTS @usamasajidalhashim, @amrikamujahid, @abulabeebalamriki, @ginaaaarose, and @monicamommy1996 STORED AT PREMISES CONTROLLED BY PINTEREST, INC. | ) ) ) ) ) | Case No. M-24-425 -STE |

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See Attachment "A"

located in the _____Northern_____ District of _____California_____ , there is now concealed *(identify the or describe the property to be seized)*:

See Attachment "B"  which is incorporated by reference herein.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Providing material support or resources to designated foreign terrorist organizations |
| 18 U.S.C. § 875(c) | Transmitting a threat in interstate commerce |
| 18 U.S.C. § 2251 | Sexual exploitation of children |
| 18 U.S.C. § 2252A(a)(2) | Receiving or distributing child pornography |

The application is based on these facts:

See attached Affidavit of FBI Special Agent Bailey J. Kennedy, which is incorporated by reference herein.

☑ Continued on the attached sheet.

☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

SA Bailey J. Kennedy, FBI
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: __**May 10, 2024**__

_____
*Judge's signature*

City and state: Oklahoma City, Oklahoma

SHON T. ERWIN, U.S. MAGISTRATE JUDGE
_____
*Printed name and title*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| IN THE MATTER OF THE SEARCH | ) |
| OF INFORMATION ASSOCIATED WITH | ) |
| PINTEREST ACCOUNTS | ) |
| @usamasajidalhashim, @amrikamujahid, | ) |
| @abulabeebalamriki, @ginaaaarose, | ) |
| AND @monicamommy1996 THAT ARE | ) |
| STORED AT PREMISES CONTROLLED | ) |
| BY PINTEREST, INC. | ) |

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR SEARCH WARRANT**

I, Bailey J. Kennedy, Special Agent with the Federal Bureau of Investigation, being

duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.     I am a Special Agent with the Federal Bureau of Investigation (FBI) Joint

Terrorism Task Force (JTTF). I have been employed as a Special Agent with the FBI since

June 2022, and I am currently assigned to the Oklahoma City Division. Since becoming a

Special Agent, I have been involved in a variety of investigative matters, including

investigations involving international terrorism, some of which involve the radicalization

of United States citizens and those individuals providing material support or resources to

Designated Foreign Terrorist Organizations (FTO) in violations of 18 U.S.C. § 2339B.

2.     I have personally participated in the investigation set forth below. The facts

in this affidavit come from my personal observations, my review of documents related to

this investigation, oral and written communications with others who have personal

knowledge of the vents and circumstance described herein, a review of public source

information including information available on the Internet, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show there is sufficient probable cause for the requested warrant, but it does not set forth all my knowledge on the matter.

3.      This affidavit is made in support of an application for warrant to search information associated with Pinterest accounts that are stored at premises owned, maintained, controlled, or operated by Pinterest, Inc. (Pinterest), a company headquartered in San Francisco, California. The Pinterest accounts are believed to be used by **LANDON KYLE SWINFORD (SWINFORD)**. **SWINFORD** resides in the Western District of Oklahoma at 2288 County Road 1333, Blanchard, Oklahoma (**SWINFORD's RESIDENCE**). The Pinterest records to be searched, as described in **ATTACHMENT A**, are for the accounts associated with the following identifiers:

  a.  Believed User: **SWINFORD** (**PINTEREST ACCOUNT 1**)

      i.  Pinterest Username: **@usamasajidalhashim**

  b.  Believed User: **SWINFORD** (**PINTEREST ACCOUNT 2**)

      i.  Pinterest Username: **@amrikamujahid**

  c.  Believed User: **SWINFORD** (**PINTEREST ACCOUNT 3**)

      i.  Pinterest Username: **@abulabeebalamriki**

  d.  Believed User: **SWINFORD** (**PINTEREST ACCOUNT 4**)

      i.  Pinterest Username: **@ginaaaarose**

      ii.  Email Address: gitaf70120@synclane.com

  e.  Believed User: **SWINFORD** (**PINTEREST ACCOUNT 5**)

      i.  Pinterest Username: **@monicamommy1996**

     ii.  Email Address: moneni5966@rc3s.com

and seize evidence related to violations of 18 U.S.C. § 2339B (providing material support or resources to designated foreign terrorist organizations), 18 U.S.C. § 875(c) (transmitting a threat in interstate commerce), 18 U.S.C. § 2251 (sexual exploitation of children), and 18 U.S.C. § 2252A(a)(2) (receiving or distributing child pornography), more particularly described in **ATTACHMENT B**.

4.    An individual violates Title 18, United States Code, Section 2339B by "knowingly providing material support or resources to a foreign terrorist organization or attempts or conspires to do so."

5.    An individual violates Title 18, United States Code, Section 875(c) if he or she "transmits in interstate or foreign commerce any communication containing any threat to kidnap and person or any threat to injure the person of another…"

6.    An individual violates Title 18, United States Code, Section 2251 by "any person who knowingly employs, uses, persuades, induces, entices, or coerces any minor to engage in, or who has a minor assist any other person to engage in, or who transport and minor in or affecting interstate or foreign commerce, or in any in any Territory or Possession of the United States, with the intent that such minor engage in, any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct.

7.    An individual violates Title 18, United States Code, Section 2252A(a)(2) by knowingly receiving or distributing child pornography or any material that contains child pornography using any means or facility of interstate or foreign commerce or that has been mailed, or has been shipped or transported in or affecting interstate or foreign commerce by any means, including a computer.  The facts comprising the basis for this affidavit are personally known by me or have been relayed to me directly and indirectly by others familiar with this investigation, including FBI personnel and other law enforcement officers. Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every fact known to me concerning this investigation. I have set forth only facts that I believe as necessary to establish probable cause to believe that violations of the criminal statues identified above and below have occurred.

## PROBABLE CAUSE IN SUPPORT OF MATERIAL SUPPORT OF A DESIGNATED FOREIGN TERRORIST ORGANIZATION

8.    Law enforcement, including the FBI, is conducting a criminal investigation into **SWINFORD** in the Western District of Oklahoma.

9.    On or about July 11, 2023, a New York City Police Department (NYPD) detective reported an undercover employee (UCE) with NYPD had engaged in communications with an online Instagram user named USAMA SAJID AL-HASHIM (as shown below, an alias for **SWINFORD**) from approximately May 2023 to present over multiple communication platforms.

4

10.    On or about May 18, 2023, **SWINFORD** made contact with the UCE via Instagram messenger after the UCE liked one his Islamic State of Iraq and al-Sham (ISIS)[1] propaganda postings on Instagram. Documented communication showed **SWINFORD** stated he had been a non-Muslim for eighteen years and resided in Oklahoma.

11.    NYPD reported that in subsequent communications with the UCE, **SWINFORD** expressed a desire to travel overseas to fight with ISIS, suggesting the UCE and him travel together. If unable to travel, **SWINFORD** suggested, "And if we can't leave, inshallah[2] we will create a battlefield here. The kufr[3] will tremble beneath our boots either way."

12.    On or about June 15, 2023, via text from the phone number +1 (405) 423-9059 ("**SWINFORD's** cell phone") (linked to **SWINFORD** as shown below) to the UCE,

---

[1] On or about October 15, 2004, the U.S. Secretary of State designated al Qaeda in Iraq ("AQI"), then known as Jam'at al Tawhid wa'al-Jihad, as a Foreign Terrorist Organization ("FTO") under Section 219 of the Immigration and Nationality Act (the "INA") and as a Specially Designated Global Terrorist under section 1(b) of Executive Order 13224. On or about May 15, 2014, the Secretary of State amended the designation of AQI as an FTO under Section 219 of the INA and as a Specially Designated Global Terrorist entity under section 1(b) of Executive Order 13224 to add the alias Islamic State of Iraq and the Levant ("ISIL") as its primary name. The Secretary also added the following aliases to the FTO listing: the Islamic State of Iraq and al-Sham (*i.e.*, "ISIS"—which is how the FTO will be referenced herein), the Islamic State of Iraq and Syria, ad-Dawla al-Islamiyya fi al-'Iraq wa-sh-Sham, Daesh, Dawla al Islamiya, and Al-Furqan Establishment for Media Production. On September 21, 2015, the Secretary added the following aliases to the FTO listing: Islamic State, ISIL, and ISIS. To date, ISIS remains a designated FTO.

[2] In'sha'allah means "God willing" when translated literally. It is based on the Quran's teaching that nothing occurs apart from God's will.

[3] Kufr means non-believers, referring to people who do not believe in the Muslim faith.

USAMA SAJID AL-HASHIM stated, "I wish there was like a super rich Muslim that's balling in cash that could just help the brothers who want to make hijrah[4]."

13.    On or about June 17, 2023, **SWINFORD** sent the UCE a text message, from **SWINFORD's** cell phone, of four videos of ISIS fighters executing and beheading captives.

14.    On or about June 17, 2023, USAMA SAJID AL-HASHIM texted the UCE from **SWINFORD's** cell phone, "If I can't go to Sham [Syria] for Jihad[5], I'll just go to Walmart."

15.    On or about June 18, 2023, **SWINFORD** asked the UCE via text from **SWINFORD's** cell phone if the UCE had been able to find an ISIS recruiter, commenting that before 2020 ISIS would contact Muslims proactively, but **SWINFORD** "sucked" at Arabic, so he was not sure. **SWINFORD** also texted, "Not being a Muslim for 18 years and still living with your parents makes everything a bit more complicated but I'm trying and I have my heart set on Jihad fisabilillah [in the cause of Allah]."

16.    On or about June 18, 2023, **SWINFORD** texted the UCE, from **SWINFORD's** cell phone, that an unspecified contact told him he could travel to Tunisia. On or about July 21, 2023, the FBI served Meta Platforms, Inc. ("Meta") a federal search

---

[4] Hijrah is an Arabic term meaning migration to an Islamic Land. In my knowledge and experience, ISIS supporters commonly refer to hijra as leaving Dar al Kufr (Land of the Non-believers) to emigrate and join ISIS overseas.

[5] Jihad is the spiritual struggle within oneself against sin or a struggle or fight against the enemies of Islam.

warrant for the multiple social media accounts utilized by **SWINFORD**.[6] This information

was later corroborated as detailed below.

17.    On or about June 20, 2023, **SWINFORD** texted the UCE, from

**SWINFORD's** cell phone, a picture of a shotgun that he said belonged to his father. Two

other shotguns were visible in the photograph. **SWINFORD** stated these weapons "do have

a lot of recoil but they do wonders on Kuffar [infidels]." **SWINFORD** also claimed to have

shot pistols and a small .22 caliber gun, but "sadly" nothing as big as an AK-47.

18.    On or about June 28, 2023, **SWINFORD** texted the UCE, from

**SWINFORD's** cell phone, his manifesto. The following are excerpts from the manifesto

sent to the UCE:

- "I swear to Allah that my loyalty and service is to him and to the Islamic State. I am a servant of Allah, my duty is to fight for him and my Ummah[7]. My brothers and sisters suffer every day, the kuffar[8] will get that in return, in'sha'allah."

- "The Islamic State will expand and I swear that I will fight until the law of Allah is established everywhere."

- "Allah guides me and His other servants to jihad. Our Lord will get our loyalty until we breathe our last breath and enter paradise."

---

[6] On or about July 21, 2023, a federal search warrant was issued to Meta Platforms, Inc. The search warrant was for the data for the following accounts (represented with their unique user ID) that were operated by **SWINFORD**: Instagram ID Number 59655274772 ("META ACCOUNT 1"), Instagram ID Number 59815267610 ("META ACCOUNT 2"), Facebook ID Number 100093180627724 ("META ACCOUNT 3"), Instagram ID Number 59847640450 ("META ACCOUNT 4"), and Instagram ID Number 60141102212 ("META ACCOUNT 5").

[7] Ummah means the whole community of Muslims bound together by ties of religion.

[8] Kuffar means non-believers, referring to people who do not believe in the Muslim faith.

- "For the sake of Allah, I will slaughter kuffar alongside my brothers. You must accept it, this war will end with all of the kuffar destroyed and we will be victorious."

- "We as believers need to advance on the armies of kuffar. we must slaughter their soldiers and destroy their might."

- "To cast terror into the eyes of the enemies of Allah is beautiful thing. I do not care if the world calls me a terrorist, I will cast terror for the sake of Allah."

19.     On or about June 25, 2023, **SWINFORD** texted the UCE from **SWINFORD's** cell phone a photograph of himself with and ISIS flag in the background. He also sent a picture of himself wearing a headscarf and holding a knife as depicted below:



20.     On or about July 11, 2023, FBI submitted an emergency disclosure request to Verizon Wireless (Verizon) for telephone number +1 (405) 423-9059 (**SWINFORD's** cell phone), and Verizon confirmed they provided service for the telephone number. Verizon listed **SWINFORD's** adoptive mother, Tara Swinford, as the subscriber for the telephone number with a listed address of 2288 County Road 1333, Blanchard, Oklahoma (**SWINFORD's** residence). The telephone number is associated to an iPhone XS, Space

Gray in color, with 256GB of memory, and an IMEI number of 357206092881426 (**SWINFORD's** cell phone). On approximately July 11, 2023, a one-time ping at approximately 2:57 PM CST, determined the telephone number was located at Latitude: 35.084747 and Longitude: -97.732261. The ping was located near Middleberg, Oklahoma, which is approximately one mile from **SWINFORD's** residence. The ping had an accuracy of approximately 6,000ft.

21.    On or about July 11, 2023, FBI searched for the +1 (405) 423-9059 telephone number in a database, which listed "LANDON" as the associated name for the +1 (405) 423-9059 number.[9]

22.    On or about July 11, 2023, FBI submitted an emergency disclosure request to Meta for META ACCOUNT 3 which was found to be associated with **SWINFORD**. Meta listed the account holder as Usama Sajid Al-Hashim, date of birth March 3, 2005, which is the same date of birth as **SWINFORD**, and the account being registered with the +1 (405) 423-9059 number (**SWINFORD's** cell phone). Meta returns also listed static IP address 158.62.189.163 registered to META ACCOUNT 3.

23.    An open-source search determined IP address 158.62.189.163 was owned by Oklahoma Electrical Cooperative (OEC) Fiber. OEC Fiber provides internet, television,

---

[9] On or about July 16, 2023, a search warrant for pen register, trap and trace, and "ping" for **SWINFORD's** cell phone was issued by the Court and served to Verizon by the FBI. The warrant was extended multiple times, with the most recent warrant being issued on or about November 24, 2023, and expired on January 8, 2024. Data collected from the warrant has shown **SWINFORD** is the user of the phone and had been using the phone to communicate with the UCE.

and telephone service to residential and business customers.  FBI submitted emergency disclosure request to OEC Fiber and was advised that IP address 158.62.189.163 (hereinafter "**SWINFORD's** IP address") belonged to Steven Swinford, the adoptive father of **SWINFORD**, with **SWINFORD's** residence listed as the address.

24.     On or about July 11, 2023, FBI utilized **SWINFORD's** usernames for his Meta accounts to query other social media platforms for the same or similar usernames. The query located **PINTEREST ACCOUNT 1** and **PINTEREST ACCOUNT 2.** The Pinterest accounts contained multiple "Pinned" images of ISIS-related propaganda. Some of the "Pinned" images were the same images that were shared on the multiple Meta accounts utilized by **SWINFORD**. The first image is from META ACCOUNT 5 and the next two images are from META ACCOUNT 2. The last two images are the Pinterest "Pin Board" of **PINTEREST ACCOUNT 1** and **PINTEREST ACCOUNT 2**, in that respective order, which were posted by **SWINFORD**.









25.    On or about July 11, 2023, FBI confirmed an Oklahoma Driver's License associated with **SWINFORD**, which listed the date of birth of March 3, 2005, with **SWINFORD's** residence as the listed address. The Oklahoma driver's license photograph of **SWINFORD** appeared to be the same person in the photograph **SWINFORD** texted the UCE as described above.



26.     Open-source research of **SWINFORD's** adoptive mother's Instagram account (@taraeatonswinford), identified **SWINFORD** as her eighteen-year-old son. On June 24, 2021, **SWINFORD's** adoptive mother's Instagram account posted a picture of **SWINFORD** with **SWINFORD's** vehicle and stated the pickup was given to **SWINFORD** as a gift from his grandfather. There are multiple other posts showing **SWINFORD** in **SWINFORD's** vehicle on his mother's Instagram and Facebook accounts.



27.     The Oklahoma Tax Commission showed a white 1996 Ford F-150, bearing Oklahoma license plate EHT750, as registered to Steven Swinford at **SWINFORD's** residence.

13

28.     On or about July 12, 2023, and July 13, 2023, FBI surveillance observed **SWINFORD** entering and operating the **SWINFORD'S** vehicle throughout the day. Subsequent FBI surveillance of **SWINFORD** has resulted in the finding that **SWINFORD** is the only person who operates the **SWINFORD'S** vehicle. **SWINFORD** has not been observed operating any other vehicle.[10]

29.     On or about July 17, 2023, FBI received information from Yahoo, providing information that **SWINFORD** had a Yahoo account that was created using **SWINFORD's** cell phone number and utilized **SWINFORD's** IP address. **SWINFORD** registered the Yahoo account with the name Landon Strohbart.

30.     On or about July 17 to July 20, 2023, FBI conducted open-source research of social media for the name Landon Strohbart. FBI identified Instagram account "kosherkrampus," Reddit account "u/Strohbart_official," Bandlab account "@kosherkrampus," and Bandcamp account "Strohbart." FBI assessed all accounts to be utilized by **SWINFORD** as described below.

31.     The Instagram account kosherkrampus contained multiple posts of selfies of **SWINFORD**. The account also had a post with a photograph of shotguns, which was identified as the same photograph **SWINFORD** shared with the UCE as described above. The kosherkrampus account had "Founder of the band Strohbart" written in the biographical section of the account.

---

[10] On or about July 31, 2023, this Court authorized a search warrant for the installation of a tracker on **SWINFORD's** vehicle. The tracker was installed on **SWINFORD's** vehicle on or about August 2, 2023. The tracker warrant expired on March 4, 2024, and the tracker was removed from **SWINFORD's** vehicle.

32.    The Reddit, Bandlab, and Bandcamp accounts listed above contained links to songs made by **SWINFORD**. The Reddit account had a display name of Landon Strohbart and the Bandlab account had a display name of Kosher Krampus. The Reddit profile contained multiple photographs of **SWINFORD** and the BandLab account contained a photograph of **SWINFORD** as the profile picture.[11]

33.    On or about July 21, 2023, the Court authorized a search warrant to Meta for the following accounts utilized by **SWINFORD**: Instagram account 59655274772 (META ACCOUNT 1), Instagram account 59815267610 (META ACCOUNT 2), Facebook account 100093180627724 (META ACCOUNT 3), Instagram account 59847640450 (META ACCOUNT 4), Instagram account 60141102212 (META ACCOUNT 5). Results from Meta were produced on or about July 24, 2023.

34.    META ACCOUNT 3 had +1 (405) 423-9059 (**SWINFORD's** cell phone) as the verified phone number, the date of birth of March 3, 2005 (**SWINFORD's** date of birth), and was associated to **SWINFORD's** IP address.

35.    While using META ACCOUNT 3, **SWINFORD** had bidirectional contact with a Facebook user known to the FBI on or about June 18, 2023. **SWINFORD** told the user "I still live in America; I want to leave so I can fight for God." The other user replied, "You have to fight for the sake of Allah my brother You can come to Tunisia." This corroborates what **SWINFORD** told the UCE as described above.

---

[11] On or about March 5, 2024, FBI conducted a non-custodial interview of **SWINFORD**. During this interview, **SWINFORD** identified Strohbart as his death metal band in which he was the only member. **SWINFORD** said Kosher Krampus was another alias he used when creating music.

36.     FBI analysis of META ACCOUNT 1 revealed that on or about May 19, 2023, **SWINFORD**, using META ACCOUNT 1, had direct messages with Instagram account user @[******_***]. **SWINFORD** messaged the user, "I would love to move out of this country for jihad." @[******_***] asked **SWINFORD** why he hated America. **SWINFORD** responded, "There are many reasons. 1. Kufr everywhere, I cannot go anywhere without seeing homosexuality. 2. They killed many Muslims and tried to end the Islamic State. 3. They are making it where killing babies is okay. 4. Men who pretend to be women are being allowed into women restroom. 5. It is not Muslim country with no Sharia."

37.     FBI analysis of META ACCOUNT 4 showed that **SWINFORD** had shared approximately 34 images on the Instagram account. The images that were posted on the page either referenced ISIS and/or acts of violence. For example:





38.    On or about Augusts 1, 2023, **SWINFORD** texted the UCE from **SWINFORD's** cell phone, "My brother I have a chance to commit a small single act of jihad." **SWINFORD** explained he was contacted by his ex-girlfriend, and he had an opportunity to attack her, but changed his mind. **SWINFORD** said the reason he did not attack her is because he would have to perform a sexual act with her which is against his

Islamic beliefs. At the time, the FBI believed the attack may be imminent. FBI has identified the individual whom they believed **SWINFORD** was referring. This individual was not currently in Oklahoma and reported that she did not currently have the ability to travel out of state. Through surveillance, a Court-authorized tracker of **SWINFORD's** vehicle, and the capability of pinging **SWINFORD's** cell phone, FBI was able to monitor whether **SWINFORD** attempted to go to where this individual was located, which he did not.

39.    On or about August 21, 2023, the FBI served Apple Inc. ("Apple") a search warrants issued by the Court for the data associated with **SWINFORD's** iCloud account, swandonlinford@gmail.com. On or about August 28, 2023, Apple produced results in response to the search warrant.

40.    Analysis of **SWINFORD's** iCloud account showed the account belonged to an iPod, which belonged to **SWINFORD**. The data captured on the return was only information captured a timeframe between early to 2022 to approximately September 2022. The data produced from Apple with from a timeframe when **SWINFORD** was still a juvenile.

41.    Analysis of **SWINFORD's** iCloud account produced multiple videos of **SWINFORD** firing various firearms. The videos were of **SWINFORD** and his father firing an AR-style firearm at what appears to be a shooting range.

42.     Analysis of pen register data shows **SWINFORD** communicated with the UCE daily, which is corroborated by the UCE, and was his top contact.[12] **SWINFORD** continued to tell the UCE about his desire to perform acts of jihad. On or about August 29, 2023, **SWINFORD** spoke to the UCE via **SWINFORD's** cell phone about the mass shooting event in Jacksonville, which occurred on August 26, 2023. **SWINFORD** stated, "Let's make it a goal to make it every day."

43.     On or about September 24, 2023, **SWINFORD** had a phone call via **SWINFORD's** cell phone, which was recorded. In this phone call, **SWINFORD** made statements about using his vehicle to run over homosexuals. **SWINFORD** told the UCE he had talked to one of his kuffar friends, who told him that **SWINFORD's** vehicle would only be big enough to run over six homosexuals. **SWINFORD** told the UCE that would not be enough [homosexuals].

44.     On or about September 24, 2023, during the same recorded phone call with the UCE, **SWINFORD** stated he was going to make an ISIS allegiance video. **SWINFORD** said he had already written what he was going to say and would record the allegiance video at his fishing spot.

45.     On or about September 25, 2023, **SWINFORD** sent the UCE, via **SWINFORD's** cell phone, a recorded allegiance video. In the video, **SWINFORD** pledged his allegiance to ISIS two times. He called for his brothers to make hijrah and

---

[12] As noted, *infra*, **SWINFORD** and the UCE are no longer in communication.

stated that jihad was the only way to get rid of scum. **SWINFORD** ended his video by burning an Israeli flag with a nasheed[13] playing in the background.

46.    On or about September 27, 2023, the FBI conducted open-source research of Bandlab and located the Bandlab account of @abu_labeeb. The profile picture of the Bandlab account was a still photograph of **SWINFORD** from the allegiance video he created and sent to the UCE, as described above. Within the biographical section of the account, a link to Instagram account @abulabeeb2005 was listed. The Instagram account @abulabeeb2005 is a known account of **SWINFORD**. The Bandlab account contained audio files of multiple different nasheeds.



47.    On or about September 30, 2023, **SWINFORD** sent a text using **SWINFORD's** cell phone to the UCE stating he was attending a University of Oklahoma football game. He told the UCE he had looked at barricades and security at the stadium and thought the stadium could be a potential target.

---

[13] A nasheed is an Islamic song typically sung without instruments. Extremists make nasheeds containing language that encourage violence or hijrah.

48.    On or about October 3, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone and directed the UCE to **SWINFORD's** public Instagram account, @alamrikimedia. On the account, **SWINFORD** posted a statement that read, "CAST FEAR INTO THE HEARTS OF THE KUFFAR THIS HALLOWEEEN Dress up as your favorite mujahideen and Bomb a synagogue." Another post read, "Spice up your autumn with some cold-hearted JIHAD FISABILILLAH."





49.    On or about October 3, 2023, FBI conducted an open-source query of **SWINFORD's** Instagram alias, Abu Labeeb Al-Amriki. This alias was used for the Instagram account described above. The query located **PINTEREST ACCOUNT 3**. The profile picture of **PINTEREST ACCOUNT 3** is of **SWINFORD** wearing the same face covering that was used in his bayat video. The homepage of **PINTEREST ACCOUNT 3**

contained multiple photographs of Muslim content. The biography section contained verse 2:216 of Surah al-Baqarah from the Quaran in Arabic.[14] A screenshot of **PINTEREST ACCOUNT 3's** home page is below:



50.     On or about October 10, 2023, **SWINFORD**, using SWINFORD's cell phone, sent a text to the UCE that he had researched New Orleans as a potential target. **SWINFORD** had calculated the distance from Oklahoma to New Orleans and told the UCE they could scout the area together.

---

[14] This verse of the Quran speaks about a Muslims obligation to fight, even if they dislike it. The verse is commonly used by Islamic extremists a verse giving reason fight or wage war.

51.     On or about October 13, 2023, the UCE met with **SWINFORD** in or around Norman, Oklahoma. **SWINFORD** utilized **SWINFORD's** vehicle to drive to the meeting location in Norman, Oklahoma.

52.     **SWINFORD** indicated to the UCE that his preferred plan was to travel overseas for hijrah in the Middle East. **SWINFORD** indicated he still needed to obtain a passport and that his parents maintained documents he would need to complete a passport application. **SWINFORD** also stated that he needed more money to complete such action. The UCE offered an alternative means to travel overseas without a passport (such as the use of a freight ship) and **SWINFORD** appeared to be interested in this option. **SWINFORD** was excited that the "brothers" had liked his bayat [allegiance] video. Given the obstacles of traveling overseas and his lack of money, **SWINFORD's** travel plans were not believed to be imminent, and this was something he planned to work towards over an extended period of time.

53.     **SWINFORD** indicated his backup plan would be to conduct an attack in the U.S., but he stated there were better targets than Oklahoma. **SWINFORD** suggested that they target New Orleans. There was some discussion about how such a plan would be executed. **SWINFORD** mentioned that he needed to obtain guns for any U.S.-based operation. Based on the UCE's interaction with **SWINFORD**, it appeared there was not an imminent threat of violence from him in the Oklahoma area.

54.     **SWINFORD** did not commit to either plan at the time, nor did he provide a timeline of when he would travel or carry out an attack.

55.     On or about October 15, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that he was going to continue doing research into New Orleans. **SWINFORD** texted the UCE two hyperlinks to two separate YouTube videos on butane-based explosives. **SWINFORD** texted the UCE, "Now imagine an entire U-Haul truck full of it," followed by a photograph of a U-Haul truck.  **SWINFORD** told the UCE they needed to get a remote detonator, surround the detonator with propane tanks, and fill a U-Haul up with butane gas. **SWINFORD** told the UCE that propane tanks are available at gas stations for them to use.

56.     On or about October 15, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that the UCE would need to figure out if the contact [for hijrah] would be able to get them a ship in Louisiana for the rest of the plan.

57.     On or about October 16, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone a screenshot of articles regarding the death of a six-year-old child in Illinois being stabbed to death for being Muslim.[15] **SWINFORD** later stated he had gone to a restaurant and that he wanted to stab everyone in the restaurant because the entire country should pay for the young child's death. **SWINFORD** continued that the kuffar would pay, and they [**SWINFORD** and the UCE] would slit every single throat until they [**SWINFORD** and the UCE] would be standing knee deep in blood and their brothers and sisters were avenged for the sake of Allah.

---

[15] On or about October 11, 2023, a six-year-old Muslim boy and his mother were stabbed by their landlord in Illinois. The landlord was charged with the murder of the boy and attempted murder of the mother. The incident is currently being investigated as a hate crime, the victims were targeted due to their religion and Palestinian ethnicity.

58.    On or about October 16, 2023, **SWINFORD** text the UCE via **SWINFORD's** cell phone that Mardi Gras in New Orleans took place in February. **SWINFORD** texted he would continue to research the streets to see where the celebration takes place, and he would also check if the New Orleans Pride Parade was anywhere near it.

59.    **SWINFORD** texted the UCE via **SWINFORD's** cell phone that he had already picked a target. **SWINFORD** told the UCE he wanted to attack the "Voodoo Temple" and that his plan was to douse the place in gasoline and place ten to twenty butane cans for an explosion. The UCE inquired when **SWINFORD** wanted to execute the plan. **SWINFORD** told the UCE they would need to recon the location together first but thought the attack could take place in 2024. **SWINFORD** said he wanted to make sure that everything in the temple would be destroyed and would not mind killing the voodoo priestess if the opportunity presented itself.

60.    On or about October 17, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that he had an idea for the "voodoo temple" and that they would need two to five more brothers with them for the "operation." On or about October 18, 2023, **SWINFORD** explained his plan would be to enter the temple just before closing and they [**SWINFORD** and the UCE] along with the brothers would gather all the people in the temple and put them on their knees. They would then cover all the windows and a brother would lock the exits and stand guard. One of the brothers would then start video recording **SWINFORD** as he executes the priestess while the brothers execute the other people. After the executions, they would douse the temple with fuel and "put some of those

homemade things I showed you in the videos [referencing the YouTube videos as described above]."

61.    On or about October 19, 2023, the UCE inquired via text message why **SWINFORD** was still studying for the aviation vocational school and wanted to know if **SWINFORD** was serious about his plans. **SWINFORD** told the UCE attending the school would be a "cover." **SWINFORD** said he knew gathering supplies for his plans would take time and he needed to do something to divert his parents' attention.

62.    On or about October 19, 2023, the UCE sent a text to **SWINFORD's** cell phone about serious news he had received from the brothers. The UCE told **SWINFORD** a cargo ship in New Orleans would leave from New Orleans in approximately 40 to 45 days and it would cost $550 to travel. The cargo ship would then transport them overseas to Egypt and from there, brothers would take them to Sanaa, Yemen.

63.    On or about October 19, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that he would begin coming up with a cover story to travel to New Orleans to tell his parents. **SWINFORD** said since he still lived with his parents, he usually tells them where he goes during the day so he would fabricate a believable story of why he would travel to New Orleans.

64.    On or about October 19, 2023, the UCE texted **SWINFORD** that the brothers would need a down payment for hijrah to make sure he was serious about travel. **SWINFORD** asked the UCE how to make the payment and questions regarding the use of money applications or money services such as Western Union or MoneyGram.

65.    On or about October 19, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that they did not have to do the bombing plan and that he would just make hijrah instead. **SWINFORD** stated making hijrah would fulfill their obligation without excuses since making hijrah is an order. **SWINFORD** told the UCE that they could conduct the bombing plan in New Orleans if it could be successfully done without jeopardizing making hijrah. **SWINFORD** said the mindset would be to conduct the attack if able, but the main goal would be making hijrah.

66.    On or about October 19, 2023, **SWINFORD** asked the UCE, via text message, for explicit directions on how to use a money service like MoneyGram or Western Union. After explanation of how to use the service, **SWINFORD** told the UCE there was a Western Union in a Wal-Mart located in Norman, OK. **SWINFORD** said he would be in Norman, OK on Wednesday (October 25, 2023) he would go to make the money transfer for hijrah.

67.    On or about October 20, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone and asked the UCE to give him step-by-step directions how to make the money transfer so he would not do anything wrong. **SWINFORD** also asked the UCE if he could just use cash instead of a debit card because he did not want his mother to see changes in his bank account.

68.    On or about October 20, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that he had made a cover story to tell his parents on why he would be traveling to New Orleans. He would tell his parents he was going to stay at a friend's house for a few days. **SWINFORD** said once he got on the boat in New Orleans,

he would destroy his phone because he did not want to be tracked and figured his parents may make a missing person report.

69.    On or about October 21, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone that his mother had come into his bedroom looking for a Halloween costume for his younger brother. **SWINFORD** believed that his mother must have found his thobe and kufi[16] in his room because they were missing. **SWINFORD** did not know how his parents would handle finding the items but said he would not tolerate his parents trying to convert him back from Islam to Christianity. **SWINFORD** said he would lie to his parents and state the thobe and kufi were for a Halloween costume. **SWINFORD** told the UCE he believed he would get in trouble with his parents.

70.    On or about October 21, 2023, **SWINFORD** texted the UCE via **SWINFORD's** cell phone stating he had located more Western Union locations for the transaction. **SWINFORD** asked the UCE if $100 would be enough for a down payment because he wanted to save money for supplies for the journey.

71.    On or about October 22, 2023, all conversations, to include text, telephonic, and social media, stopped between **SWINFORD** and the UCE. The pen register and trap and trace data showed the last outgoing data at approximately 2:49 PM on or about October 22, 2023.

72.    From on or about October 23, 2023, to on or about October 25, 2023, the pen register and trap and trace data showed no outgoing communications from **SWINFORD's**

---

[16] A thobe is a traditional long sleeve Middle Eastern robe. A kufi is a brimless, short cap traditionally worn in the Middle East.

cell phone. During the same time frame, the ping of **SWINFORD's** cell phone showed that the device did not leave the **SWINFORD's** residence. During that time period, there were incoming text messages from the UCE and one incoming phone call, as described below.

73.     On or about October 22, 2023, FBI surveillance observed **SWINFORD** being picked up by his employer at **SWINFORD's** residence. Later that evening, **SWINFORD** returned to the **SWINFORD's** residence in his father's vehicle with his father. Ping data showed that **SWINFORD's** cell phone had not left **SWINFORD's** residence.

74.     On or about October 25, 2023, FBI surveillance observed **SWINFORD** leave the **SWINFORD's** residence with his father in his father's vehicle. **SWINFORD** had previously told the UCE that this was the day he was supposed to take an aviation test at the Moore Norman Technology Center. **SWINFORD** and his father returned to **SWINFORD's** residence a few hours later. Pen register and trap and trace data showed an approximately one-minute incoming phone call between **SWINFORD's** cell phone and a phone number associated to the Moore Norman Technology Center. FBI is unable to determine if this phone call was answered or sent to voicemail.

75.     On or about October 25, 2023, the ping data stopped producing results and gave notification, "CARRIER FAILED TO LOCATE PHONE." **SWINFORD's** cell phone was still an active line but indicated his phone has either been turned off or died.

76.     FBI surveillance was able to determine that **SWINFORD** had left the **SWINFORD's** residence on or about October 29, 2023, with his parents and younger brother in the vehicle.

77.     On or about November 5, 2023, on or about November 11, 2023, on or about November 15, 2023, on or about November 18, 0223, on or about November 25, 2023, on or about November 27, 2023, and on or about November 28, 2023, **SWINFORD** was observed leaving the **SWINFORD's** residence in the **SWINFORD's** vehicle. Data from the tracking device on the **SWINFORD'S** vehicle showed **SWINFORD** left the **SWINFORD's** residence. **SWINFORD** then returns to the **SWINFORD'S** residence where **SWINFORD** is observed exiting the **SWINFORD's** vehicle and entering **SWINFORD's** residence. **SWINFORD** was the sole occupant of the **SWINFORD'S** vehicle on the above-mentioned occasions.

78.     On or about November 16, 2023, **SWINFORD's** mother posted on her public Instagram account a photograph of **SWINFORD** holding an acceptance letter from the Moore Norman Technology Center. The caption on the account stated that **SWINFORD** had been accepted for the aviation mechanic school and would be attending in February 2024.

79.     No new pen register, trap and trace, and ping data has been produced by **SWINFORD'S** cell phone to date.

80.     On or about January 10, 2024, Verizon Wireless verified that **SWINFORD's** cell phone number was deactivated on November 25, 2023. Verizon Wireless verified the phone numbers associated to **SWINFORD's** parents were deactivated on December 23, 2023.

81.     On or about January 22, 2023, AT&T verified **SWINFORD's** parents' phone numbers were transferred to AT&T and were still owned by TARA and STEVEN

SWINFORD. **SWINFORD's** parents' phone numbers were the only two phone numbers on the account.

82.    On or about February 20, 2024, FBI verified phone number (405) 423-9059 (**SWINFORD's** cell phone) is still not an active line. Database checks show the phone number as still being owned by Verizon Wireless.

**March 5, 2024, Non-Custodial Interview of SWINFORD**

83.    On or about March 5, 2024, the FBI conducted a non-custodial interview of **SWINFORD**. During this interview, **SWINFORD** said he had multiple social media accounts on multiple social media platforms. **SWINFORD** stated he created multiple accounts that were not in true name in order to avoid detection.

84.    **SWINFORD** told the FBI that (405) 423-9059 was his phone number. **SWINFORD** confirmed he used the phone until he gave the phone to his father in October 2023. **SWINFORD** told the FBI his parents confronted him after discovering the kufi in his room. **SWINFORD** said he initially lied to his parents and told them the kufi was for a Halloween costume, which is consistent with the statement he gave the UCE as described above. **SWINFORD** eventually told his parents he was in contact with someone he believed to be a member of ISIS [the UCE]. **SWINFORD** said his father asked **SWINFORD** to give his cellphone to him. **SWINFORD** said he gave the cellphone to his father willingly because he believed giving up the cellphone was the best way to get out of the situation.

85.    SWINFORD's parents gave **SWINFORD** a new cellphone with the number +1 (405) 596-8539 as a replacement to his original phone.

86.    **SWINFORD** told the FBI he utilized his residence's Wi-Fi via his cellphone when accessing his various social media accounts.  **SWINFORD** said he utilized his phone to communicate with individuals who he believed were associated with ISIS and to operate his numerous social media accounts.[17] **SWINFORD** told the FBI he used his social media accounts to communicate with people he believed were members of ISIS and to post ISIS material/propaganda.  **SWINFORD** told the FBI he utilized his phone to research the YouTube videos on butane and propane-based explosions, research on New Orleans, specifically the Mardi Gras celebration and the voodoo temple.

**National Center of Missing and Exploited Children Report**

87.    On or about March 19, 2024, FBI provided the known IP address of **SWINFORD** to the Oklahoma State Bureau of Investigation (OSBI) to query against their holdings with the National Center of Missing and Exploited Children (NCMEC). On or about March 20, 2024, OSBI provided seven Cybertip reports that NCMEC had previously submitted to OSBI.  Those reports indicate that on or about April 23, 2023, through December 2, 2023, **SWINFORD's** IP address was utilized to access child pornography.  Specifically, NCMEC provided information to OSBI on Discord account Strohbart#4527 (DISCORD ACCOUNT 1), Discord account BradDaddy69#6432 (DISCORD ACCOUNT

---

[17] On or about March 5, 2024, the FBI conducted a federal search warrant at **SWINFORD's** residence. **SWINFORD's** cell phone associated with +1 (405) 423-9059 was recovered at the residence. **SWINFORD's** father confirmed he had taken custody of **SWINFORD's** cell phone in October 2023 and attempted to destroy it.

2), **PINTEREST ACCOUNT 4** and **PINTEREST ACCOUNT 5**. The contents of the tips are further described in the sections below.

88.    The NCMEC Cybertip information provided for **PINTEREST ACCOUNT 4** and **PINTEREST ACCOUNT 5** showed **SWINFORD's** IP address as the registration IP and the IP utilized for all logins to the accounts.

<strong>March 25, 2024, Non-Custodial Interview of SWINFORD</strong>

89.    On or about March 25, 2024, the FBI conducted a secondary non-custodial interview of **SWINFORD**. During the interview, **SWINFORD** stated Kosher Krampus was the name of his former rap group and Strohbart was the name of his metal band. **SWINFORD** said both Kosher Krampus and Strohbart were aliases he used in making social media accounts.

<strong><u>PROBABLE CAUSE IN SUPPORT OF SEXUAL EXPLOITATION OF CHILDREN, COERCION AND ENTICEMENT OF CHILDREN, AND POSSESSION AND RECEIPT OF CHILD PORNOGRAPHY</u></strong>

90.    A review of **SWINFORD's** Meta records showed that on or about May 19, 2023, **SWINFORD** began speaking with Instagram user @##XXX[18] via META ACCOUNT 1. Instagram user @##XXX identified himself as a 16-year-old boy named ["John Doe"][19]. **SWINFORD** told John Doe that he was "Daesh[20]." John Doe asked what

---

[18] The Instagram username is known to the FBI but has been redacted to protect the identity of the purported minor.

[19] The name provided is being protected due to his purported status as a minor.

[20] Daesh is another term used to describe ISIS.

brought **SWINFORD** to ISIS and his response was, "[black flag emoji, finger pointing upwards emoji] for the sake of Allah."

91.     On or about May 19, 2023, while using META ACCOUNT 1, **SWINFORD** began having sexually explicit conversations with John Doe on Instagram. John Doe said, "I will swallow your face," and **SWINFORD** replied, "You will swallow my dick***." John Doe said, "I will choke [crying emoji]." **SWINFORD** then asked, "How big is yours?" The conversation then moved to the two talking about how big and hairy their anuses are. **SWINFORD** told John Doe, "I know the feelings I have for you are forbidden."

92.     On or about May 21, 2023, using META ACCOUNT 1, **SWINFORD** asked if John Doe liked older or younger people. John Doe said he prefers younger people. **SWINFORD** replied, "Mhm the younger the better." He further stated, "But you're 16 so here in the USA I won't get in trouble. but sometimes I see a girl who is 12-14 and she would be so beautiful." **SWINFORD** also stated, "12-14 is best for girls, but I like you a lot."

93.     On or about May 21, 2023, while using META ACCOUNT 1, **SWINFORD** asked John Doe to call him daddy because he was older. When John Doe asked why, **SWINFORD** replied, "Because it'll be hot when we make love." **SWINFORD** and John Doe began talking about getting married. John Doe told **SWINFORD**, "I want to suck your dick and put my tongue in his hole to make you dizzy." **SWINFORD** messaged, "Here you go," and sent an image. The image was deleted, so it was unable to be viewed as part of the search warrant return. After the image was sent, John Doe asked, "This is you???[crying emoji]" **SWINFORD** replied, "Yes, I'm sorry I'm not big. I'm such a

34

failure." John Doe then said, "Damn why do you say that? It is big," and "I like it, it's definitely pink, right?"

94.    On or about May 21, 2023, John Doe asked **SWINFORD**, who was utilizing META ACCOUNT 1, "Do you want to see my hairy ass?" **SWINFORD** replied, "Yes." John Doe then sent a video of himself where he pulled down his underwear, bent over, and spread his buttocks, which exposed his anus and the back side of his genitalia. **SWINFORD** replied, "WOW" and "You're gonna make me cum."

95.    A review of **SWINFORD's** Meta records showed that on or about May 19, 2023, **SWINFORD** began speaking with an Instagram user, @XXXXXXXXXXXXXXXXXXXXX (Jane Doe)[21], using META ACCOUNT 1. **SWINFORD** sent a picture of a clothed female to Jane Doe and said he would like to motorboat the girl in the photograph as well as Jane Doe. Jane Doe replied, "I'm 13 sir." **SWINFORD** replied, "We're allowed to marry girls younger than that if they reached sexual maturity." Jane Doe told **SWINFORD** she is not sexually mature. SWINFORD said, "Yes you are" and "You've reached puberty."

96.    On or about May 19, 2023, while using META ACCOUNT 1, **SWINFORD** sent images of other clothed females to Jane Doe. He described different sexual acts he would perform on these women. **SWINFORD** told Jane Doe, "I wish I didn't delete the pics of you fuck," to which Jane Doe replied, "Thank god you deleted them." Jane Doe said she was shocked regarding the statement **SWINFORD** made regarding the women in

---

[21] The Instagram username, which is known to the FBI, and name provided is being redacted and protected due to her purported status as a minor.

the photographs he spoke about earlier. **SWINFORD** replied, "That I would eat you out? Bc [because] I would fs [for sure]." Jane Doe said, "Stop. It's weird." **SWINFORD** then said, "Sorry but I actually like you. Like deadass on the dl [down low]. I'm fr [for real]. Like not obsessed like you are with him [referring to a boy Jane Doe said she likes] but I'm getting close. I'm serious. I'm not kidding."

97.    On or about May 19, 2023, Jane Doe told **SWINFORD**, "let's stay friends tho please I like talking to you." **SWINFORD** replied, "Im okay with being friends ofc [of course]. Im not gonna force you to date me, there's obvious reason why we can't." **SWINFORD** told Jane Doe he recently just got paid then sent her a picture of him holding money. **SWINFORD** then said, "I was gonna make a joke about offering money to bang you but knowing I actually like you a lot, it might've ended up being serious." **SWINFORD** later said, "okay but I wouldn't disrespect you like that, I would want it to be consensual so you actually feel good because I want you to be happy."

98.    On or about May 19, 2023, Jane Doe said the following to **SWINFORD** while he was utilizing META ACCOUNT 1, "ur so sweet I'm glad to have a friend like u [heart emoji]." **SWINFORD** then replied, "Ik [I know] I've made a lot of bad jokes and shit in the past but I want you to know that I don't see you as something to just stick my dick in, like I loved your personality far before I even saw you." **SWINFORD** said, "if I still had those pics, you'd be my background rn [right now]," and "Can I pweeease have a pic to make my background? I'm like obsessed with you."

99.    On or about May 21, 2023, **SWINFORD** continued his conversation with Jane Doe while utilizing META ACCOUNT 1. **SWINFORD** told Jane Doe multiple times

36

how much he loved her and how beautiful she is. Jane Doe told **SWINFORD** multiple times to stop talking about her and to have a normal conversation with her. **SWINFORD** continued to talk about how beautiful she is even though Jane Doe told him to stop multiple times. During the conversation, Jane Doe mentioned multiple times how she is only 13 years old.

100.   On or about May 21, 2023, **SWINFORD**, while using META ACCOUNT 1, was talking to Jane Doe about a boy she liked at school. **SWINFORD** stated, "I don't know how that guy isn't drooling for you rn [right now]." Jane Doe asked, "how do you know he doesn't [winking emoji]," to which **SWINFORD** replied, "That's hot." **SWINFORD** later stated, "I'm a cuck[22]." Jane Doe talked about how she wishes she could go to prom and hold the hand of the boy she likes. **SWINFORD** said, "Nahhh now I'm actually thinking it'd be hot watching him do stuff to you," and "Nothing makes me happier than seeing you happy so him pleasuring you would fs [for sure] make you feel so good which turns me on." He then said, "If I knew his insta I'd be asking if he and I can take turns sometime."

101.   On or about May 22, 2023, SWINFORD messaged Jane Doe via META ACCOUNT 1, stating, "How come you're allowed to be obsessed with him but I can't be obsessed with you." One of Jane Does' replies was, "please try to flirt with me only a little

---

[22] According to Merriam-Webster, "Cuck" means, "To have sexual relations with the spouse or partner of (someone else, especially a man). It is used to describe someone who enjoys watching their partner have sexual relations with another person.

cuz yk [you know] I'm 13 [crying emoji]." SWINFORD said, "The Prophet married a six year old [crying emoji] I'm allowed to like you."

### March 5, 2024, Non-Custodial Interview of SWINFORD

102.    As previously stated, on or about March 5, 2024, the FBI conducted a non-custodial interview of **SWINFORD**. During the interview, **SWINFORD** said he communicated with the individual described as John Doe above. **SWINFORD** said he was aware the individual was 16-years old. **SWINFORD** said he and John Doe exchanged pictures of each other's genitals. **SWINFORD** said he had viewed the video of John Doe exposing his anus and genitals.

103.    **SWINFORD** told the FBI he would utilize different social media platforms to access nude images of minors. **SWINFORD** said he saved the nude images on his iPhone but deleted them prior to giving the phone to his father. **SWINFORD** said he also utilized his PlayStation to look at nude images of minors and take screenshots of those images. **SWINFORD** said he later deleted the images from his PlayStation.[23] **SWINFORD** said the last time he looked at nude images of minors was December 2023.

104.    **SWINFORD** told the FBI he was not looking for "super young stuff," but he saw pornographic images of very young children as a "consequence" of him looking for pornography of young people. **SWINFORD** said he was looking for pornography of young teens of both genders.

---

[23] FBI seized and searched **SWINFORD's** PlayStation and cellphone pursuant to a federal search warrant. FBI has been unable to locate any images of child pornography on the PlayStation at this time. Additionally, FBI is in the process of rebuilding **SWINFORD's** cell phone so it can be searched.

105.     **SWINFORD** told the FBI he had shared pornographic images and videos of minors with other individuals.

106.     **SWINFORD** told the FBI he would use websites that generated email addresses that could be easily discarded. **SWINFORD** said he would use these email addresses to generate social media profiles. He would then use these social media profiles to look at child pornography.

### National Center of Missing and Exploited Children Report

107.     As previously described above, on or about March 19, 2024, FBI provided the known IP address of **SWINFORD** to OSBI to query against their holdings with NCMEC. On or about March 20, 2024, OSBI provided FBI with seven Cybertip reports submitted previously by NCEMEC in which **SWINFORD's** IP address was utilized to access child pornography between April 23, 2023, and December 2, 2023. Each Cybertip related to one specific image.  Five of the Cybertips were for Discord and two were for Pinterest.

108.     NCMEC Cybertips showed that on December 2, 2023, and August 20, 2023, **PINTEREST ACCOUNT 4** and **PINTEREST ACCOUNT 5**, respectively, were utilized to access images involving childing exploitation. All images viewed using **PINTEREST ACCOUNT 4** and **PINTEREST ACCOUNT 5** had corresponding known has values of child exploitation.

109.     NCMEC Cybertips provided the following identifying information regarding **PINTEREST ACCOUNT 4**: Email address of gitaf70120@synclane.com and registration and all corresponding logins utilized **SWINFORD**'s known IP address.

110.    NCMEC Cybertips provided the following identifying information regarding **PINTEREST ACCOUNT 5**: email address of moneni5966@rc3s.com and registration and all corresponding logins utilized **SWINFORD's** known IP address.

111.    FBI conducted reviews of the images that NCMEC provided of the above listed Pinterest accounts. One of the images, which was associated with NCMEC Cybertip 181079722, was linked to **PINTEREST ACCOUNT 4**. The image depicted a naked prepubescent female standing outside completely naked. The female was turned to the side but turned her torso towards photographer. The female's breasts were completely exposed.

112.    FBI reviewed a second image, associated with NCMEC Cybertip 171410197, was linked to **PINTEREST ACCOUNT 5**. The image depicted red-headed prepubescent child clothed in underwear and a tank top. The child was posing suggestively she was pulling the sides of her underwear up causing the outline of her genitals to be shown.

## **PINTEREST**

113.    Pinterest is an online tool for discovering, collecting, and organizing interests. Pinterest allows users to save links to media content (ex: images or video) from across the Internet, or upload their own images to Pinterest. Pinterest allows user to browse to find content that other users have saved.

114.    Pinterest has the ability to maintain information associated with the web history of its users. Such information is materially relevant in child exploitation investigations, as it may help in identifying websites used by subjects to obtain child pornography and locate victims.

115.    Pinterest allows users to save "Pins" to boards. Users can invite other people to save Pins to a board with the user. Users can follow other users' boards and save or comment on other users' Pins.

116.    Users are able to browse the Pins of other users or boards in their home feed.

117.    Users can discover new Pins, boards, and users by browsing Pinterest topic feed or searching for specific content or users.

118.    A "Pin" is comprised of media content (an image, audio, or video), a short description, and a link. Pins can be saved via: (1) pinterest.com, (2) the Pinterest browser button, (3) the Pinterest mobile application for iOS or Android, and (4) a Save button that third party content owners choose to add to their websites. When saving a Pin, users can customize the Pin's description and choose the board to save it to. After saving, users can edit or change the description. User can also move Pins between boards or save the same Pin to multiple boards. Users are able to save other users' Pins on Pinterest to their own boards. If the user deletes a Pin, it does not delete other saves of that specific Pin from other users' boards.

119.    A "Board" is a collection of Pins, typically organized around a theme or idea. Users can invite other Pinterest users to save Pin to their boards. Boards can be public or secret. Only the user and invited users to a secret board can see the Pins that have been saved to the secret board.

120.    Users can comment on any Pins they are able to see. Users can delete their own comments but not comments from other users. Comments are public if the board is public.

121.    Pinterest allows users to send private messages to one or more users on Pinterest. Messages may be restricted based on a user's age or their social permission settings.

122.    Pinterest has its own search bar that works as a search engine. Users can input a single word or combination of words into the search bar. This will provide results that include Pins, Boards, and Accounts. All search terms a user inputs can be recovered and presented as a list to law enforcement.

123.    All Pinterest profiles are public and include certain self-provided information as well as boards, Pins, Tries, followers and the people they are following. The information available on a profile includes: Name (required), Username (required), Location (not required), Profile description with a 500 character limit (not required), Website (not required), Profile Picture (not required), Facebook or Twitter, if login is linked to these accounts (not required). Pinterest does not require users to provide real name, nor does Pinterest verify users' name, age, or location.

124.    When signing up for a Pinterest account, the user must agree to Pinterest's Terms of Service.[24] In these terms of services it states, "If you [user] post User content that is infringing, illegal, or violates our Terms or policies, we can take action against the User Content and, where appropriate, your account."

125.    Pinterest may also retain Internet Protocol ("IP") logs for a given user ID or IP address. These logs may contain information about the actions taken by the user ID or

---

[24] Pinterest's Terms of Services can be found at https://policy.pinterest.com/en/terms-of-service.

IP address on Pinterest, including information about the type of action, the date and time of the action, and the user ID and IP address associated with the action. For example, if a user views a Pinterest profile, that user's IP log would reflect the user viewed the profile and would show when and rom what IP address the user did so, which could further assist law enforcement in confirming the location of the offense conduct.

126.    Social networking providers like Pinterest typically retain additional information about their users' accounts, such as information about the length of service (including start date), the types of service utilized, and the means and source of any payments associated with the service (including any credit card or bank account number). In some cases, Pinterest users may communicate directly with Pinterest about issues relating to their account, such as technical problems, billing inquiries, or complaints from other users. Social networking providers like Pinterest typically retain records about such communications, including records of contacts between the user and the provider's support services, as well as records of any action taken by the provider or users as a result of the communications.

127.    The computers or servers of Pinterest are likely to contain all material just described, including stored electronic communication and information concerning subscribers and their use of Pinterest, such as account access information, transaction information, and account activation.

## INFORMATION TO BE SEARCH AND THINGS TO BE SEIZED

128.    I anticipate executing this warrant under the Electronic Communications Privacy Act, in particular 18 U.S.C. §§ 2703(a), 2703(b)(1)(A) and 2703(c)(1)(A), by using

the warrant to require Discord to disclose to the government copies of the records and other information (including the content of communications) particularly described in Section I of **ATTACHMENT B**. Upon receipt of the information described in Section I of **ATTACHMENT B**, government-authorized persons will review that information to locate the items described in Section II of **ATTACHMENT B**.

## CONCLUSION

129.    Based on the facts presented above, there is probable cause to believe that **SWINFORD** violated 18 U.S.C. § 2339B, 18 U.S.C. § 875(c), 18 U.S.C. § 2251, and 18 U.S.C. § 2252(a)(2).

130.    Throughout the investigation, **SWINFORD** has utilized multiple social media accounts to communicate with individuals who he believed were affiliated or members of ISIS. To date, all social media platforms of **SWINFORD**, other than Reddit and Bandcamp, that have been viewed by the FBI have been used to either communicate with believed members of ISIS, share ISIS-related propaganda, or create content in support of ISIS. **PINTEREST ACCOUNT 1**, **PINTEREST ACCOUNT 2**, and **PINTEREST ACCOUNT 3** were known to be used in furtherance of violating 18 U.S.C. §§ 2339B and 875(c). FBI believes there is probable cause that **PINTEREST ACCOUNT 4** and **PINTEREST ACCOUNT 5** were also used in furtherance of violating 18 U.S.C. §§ 2339B and 875(c).

131.    The investigation has shown that **PINTEREST ACCOUNT 4** and **PINTERST ACCOUNT 5** were used for accessing child sexual abuse material. All Pinterest accounts used by **SWINFORD** have been used in furtherance of violating federal

law. FBI believes there is probable cause that **PINTEREST ACCOUNT 1, PINTEREST ACCOUNT 2**, and **PINTEREST ACCOUNT 3** were also used to access child sexual abuse material.

132.    Further, I believe the said evidence will be found when the attached warrant is executed. Consequently, based on the probable cause stated within this Affidavit, I specifically request authority to search and seize the evidence described above and in **ATTACHMENT B** hereto and incorporated herein by reference.

133.    Pursuant to 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. The government will execute this warrant by serving it on Discord. Because the warrant will be served on Discord, who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

**FURTHER YOUR AFFIANT SAYETH NOT**

Bailey Kennedy, Special Agent
Federal Bureau of Investigation (FBI)

Subscribed and sworn to before me this 10th day of May, 2024.

SHON T. ERWIN
United States Magistrate Judge

45

## **ATTACHMENT A**

## **SUBJECT ACCOUNTS**

This warrant applies to information associated with Pinterest, Inc. ("Pinterest") Account IDs:

    a.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 1**")

        i.  Pinterest Username: @usamasajidalhashim

    b.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 2**")

        i.  Pinterest Username: @amrikamujahid

    c.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 3**")

        i.  Pinterest Username: @abulabeebalamriki

    d.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 4**")

        i.  Pinterest Username: @ginaaaarose

        ii.  Email Address: gitaf70120@synclane.com

    e.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 5**")

        i.  Pinterest Username: @monicamommy1996

        ii.  Email Address: moneni5966@rc3s.com

(collectively, **SUBJECT ACCOUNTS**) that are stored at the premises owned, maintained, controlled, or operated by Pinterest, Inc. (Pinterest), a company headquartered at 651 Brannan Street, San Francisco, California 94107.

# ATTACHMENT B

## SPECIFIC ITEMS TO BE SEIZED

**I.      Information to be Disclosed by Pinterest, Inc.**

To the extent that the information described in **ATTACHMENT A** is within the possession, custody, or control of Pinterest, regardless of whether such information is located within or outside of the United States—including emails, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Pinterest is required to disclose the following information to the Government for each account or identifier listed in **ATTACHMENT A**. Such information should include the below-described content:

1. The contents of all storage accounts belonging to or accessed by the **SUBJECT ACCOUNTS**, including images, videos, access logs, change logs, Pin history, chat history, and other files, associated upload/download dates and timestamps, and IP addresses from which the files were uploaded or to which they were downloaded.

2. The complete contents of a "Request Your Data" package, accessed when a user visits the "Privacy and Data" Settings within the **SUBJECT ACCOUNTS**, including .JSON files containing user information, session history, data analytics, message contents, activity logs, and avatar images.

3. All Internet search data, including queries and location data, associated with the **SUBJECT ACCOUNTS**;

4. Conversation logs, images, or videos, and associated upload or download dates and timestamps for the **SUBJECT ACCOUNTS**;

5. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail address, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

6. All subscription information, including the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, account status, alternative e-mail addresses provided during registration, methods of connecting to the Discord account, log files, and means and source of payment (including any credit or bank account number);

7. All records, content, and other information stored by an individual using the account, including address books, contacts and buddy lists, and calendar data;

8. All other records and contents of communications and messages made or received by the user from March 3, 2023, to the present;

9. All activity logs for the account and all other documents showing the user's posts and other Pinterest activities from March 3, 2023, to the present;

10. All photos and videos uploaded or received by the account from March 3, 2023, to the present, including Exchangeable Image Files (EXIF) data and any other metadata associated with those photos and videos;

11. All records of any accounts that are linked by cookies (meaning all accounts accessed from the same device);

12. All records indicating which account(s) are registered with the same email address, telephone number, credit card or banking information, hardware identifier, or creation IP address as the account or identifier;

13. Any stored Web History; such as subscriber/registration information, IP logs and any other Web History data;

14. Any stored location information, such as IP logs and/or any GPS logs associated with the data and/or device used to access the data, to include any metadata associated with photos stored on Pinterest's servers; and

15. All records pertaining to communications between Pinterest and any person regarding the account, including contacts with support services and records of actions taken.

Pinterest is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

## II.     Information to be Seized by the Government

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, 18 U.S.C. § 2339B (providing material support or resources to designated foreign terrorist organizations), 18 U.S.C. § 875(c) (transmitting a threat in interstate commerce), 18 U.S.C. § 2251 (sexual exploitation of children), and 18 U.S.C. § 2252A(a)(2) (receiving or distributing child pornography) (collectively, **SUBJECT OFFENSES**) involving **SWINFORD** using **PINTEREST ACCOUNT 1**, **PINTEREST ACCOUNT 2**, **PINTEREST ACCOUNT**

3

**3**, **PINTEREST ACCOUNT 4**, and **PINTEREST ACCOUNT 5** described in **ATTACHMENT A** since March 3, 2023, to the present, including, for each user ID identified on **ATTACHMENT A**, information pertaining to the following matters:

1. Records regarding usernames "@usamasajidalhashim", "@amrikamujahid", "@abulabeebalamriki", "@ginaaaarose", and "@monicamommy1996";

2. Credit card and other financial information, including but not limited to bills and payment records;

3. Evidence of who created, owned used, controlled, or communicated with the account listed on **ATTACHMENT A**, including records identifying the device used to access the account;

4. Records showing or identifying the devices used to connect to the account;

5. Records regarding the location of the user of the account during account activity and to help reveal the whereabouts of such person(s);

6. Any item related to the construction, use, or intended use of an improvised explosive device (IED);

7. Any record or document pertaining to the possession or acquisition of any weapon, including firearms;

8. Any record or document pertaining to the possession or acquisition of materials need to construct an IED;

9. Communications containing a threat to injure another;

4

10. Any record or document, including posts, chats, messages, drawings, photographs, video recordings, and any other records related to material support of a foreign terrorist organization;

11. Any records or documents reflecting or related to any knowledge, intent, motive, planning, willingness, or means of committing the **SUBJECT OFFENSES**;

12. Any financial records or documents, transfer or wire records or documents, or currency related to or used/intended to facilitate the **SUBJECT OFFENSES**;

13. Records and information relating to any social media accounts utilized by LANDON KYLE SWINFORD;

14. Evidence of others who aided and abetted, counseled, commanded, induced, or procured materials in support of the **SUBJECT OFFENSES**;

15. Any private messages pertaining to the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography;

16. All posted images and videos pertaining to the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography;

17. All posted text communications and public postings that further the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography; and

18. All images depicting children engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256.

5

As used above, the term "records" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a completed copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.

## ATTACHMENT A

## SUBJECT ACCOUNTS

This warrant applies to information associated with Pinterest, Inc. ("Pinterest") Account IDs:

    a.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 1**")

        i.  Pinterest Username: @usamasajidalhashim

    b.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 2**")

        i.  Pinterest Username: @amrikamujahid

    c.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 3**")

        i.  Pinterest Username: @abulabeebalamriki

    d.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 4**")

        i.  Pinterest Username: @ginaaaarose

        ii.  Email Address: gitaf70120@synclane.com

    e.  Believed User: LANDON KYLE SWINFORD ("**PINTEREST ACCOUNT 5**")

        i.  Pinterest Username: @monicamommy1996

        ii.  Email Address: moneni5966@rc3s.com

(collectively, **SUBJECT ACCOUNTS**) that are stored at the premises owned, maintained, controlled, or operated by Pinterest, Inc. (Pinterest), a company headquartered at 651 Brannan Street, San Francisco, California 94107.

## **ATTACHMENT B**

## **SPECIFIC ITEMS TO BE SEIZED**

**I.     Information to be Disclosed by Pinterest, Inc.**

To the extent that the information described in **ATTACHMENT A** is within the possession, custody, or control of Pinterest, regardless of whether such information is located within or outside of the United States—including emails, records, files, logs, or information that has been deleted but is still available to Discord, or has been preserved pursuant to a request made under 18 U.S.C. § 2703(f), Pinterest is required to disclose the following information to the Government for each account or identifier listed in **ATTACHMENT A**. Such information should include the below-described content:

1. The contents of all storage accounts belonging to or accessed by the **SUBJECT ACCOUNTS**, including images, videos, access logs, change logs, Pin history, chat history, and other files, associated upload/download dates and timestamps, and IP addresses from which the files were uploaded or to which they were downloaded.

2. The complete contents of a "Request Your Data" package, accessed when a user visits the "Privacy and Data" Settings within the **SUBJECT ACCOUNTS**, including .JSON files containing user information, session history, data analytics, message contents, activity logs, and avatar images.

3. All Internet search data, including queries and location data, associated with the **SUBJECT ACCOUNTS**;

4. Conversation logs, images, or videos, and associated upload or download dates and timestamps for the **SUBJECT ACCOUNTS**;

5. All contact and personal identifying information, including full name, user identification number, birth date, gender, contact e-mail address, physical address (including city, state, and zip code), telephone numbers, screen names, websites, and other personal identifiers;

6. All subscription information, including the date on which the account was created, the length of service, the types of service utilized, the IP address used to register the account, account status, alternative e-mail addresses provided during registration, methods of connecting to the Discord account, log files, and means and source of payment (including any credit or bank account number);

7. All records, content, and other information stored by an individual using the account, including address books, contacts and buddy lists, and calendar data;

8. All other records and contents of communications and messages made or received by the user from March 3, 2023, to the present;

9. All activity logs for the account and all other documents showing the user's posts and other Pinterest activities from March 3, 2023, to the present;

10. All photos and videos uploaded or received by the account from March 3, 2023, to the present, including Exchangeable Image Files (EXIF) data and any other metadata associated with those photos and videos;

11. All records of any accounts that are linked by cookies (meaning all accounts accessed from the same device);

2

12. All records indicating which account(s) are registered with the same email address, telephone number, credit card or banking information, hardware identifier, or creation IP address as the account or identifier;

13. Any stored Web History; such as subscriber/registration information, IP logs and any other Web History data;

14. Any stored location information, such as IP logs and/or any GPS logs associated with the data and/or device used to access the data, to include any metadata associated with photos stored on Pinterest's servers; and

15. All records pertaining to communications between Pinterest and any person regarding the account, including contacts with support services and records of actions taken.

Pinterest is hereby ordered to disclose the above information to the government within **14 DAYS** of issuance of this warrant.

## II.    Information to be Seized by the Government

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, 18 U.S.C. § 2339B (providing material support or resources to designated foreign terrorist organizations), 18 U.S.C. § 875(c) (transmitting a threat in interstate commerce), 18 U.S.C. § 2251 (sexual exploitation of children), and 18 U.S.C. § 2252A(a)(2) (receiving or distributing child pornography) (collectively, **SUBJECT OFFENSES**) involving **SWINFORD** using **PINTEREST ACCOUNT 1**, **PINTEREST ACCOUNT 2**, **PINTEREST ACCOUNT**

3

**3**, **PINTEREST ACCOUNT 4**, and **PINTEREST ACCOUNT 5** described in **ATTACHMENT A** since March 3, 2023, to the present, including, for each user ID identified on **ATTACHMENT A**, information pertaining to the following matters:

1. Records regarding usernames "@usamasajidalhashim", "@amrikamujahid", "@abulabeebalamriki", "@ginaaaarose", and "@monicamommy1996";

2. Credit card and other financial information, including but not limited to bills and payment records;

3. Evidence of who created, owned used, controlled, or communicated with the account listed on **ATTACHMENT A**, including records identifying the device used to access the account;

4. Records showing or identifying the devices used to connect to the account;

5. Records regarding the location of the user of the account during account activity and to help reveal the whereabouts of such person(s);

6. Any item related to the construction, use, or intended use of an improvised explosive device (IED);

7. Any record or document pertaining to the possession or acquisition of any weapon, including firearms;

8. Any record or document pertaining to the possession or acquisition of materials need to construct an IED;

9. Communications containing a threat to injure another;

4

10. Any record or document, including posts, chats, messages, drawings, photographs, video recordings, and any other records related to material support of a foreign terrorist organization;

11. Any records or documents reflecting or related to any knowledge, intent, motive, planning, willingness, or means of committing the **SUBJECT OFFENSES**;

12. Any financial records or documents, transfer or wire records or documents, or currency related to or used/intended to facilitate the **SUBJECT OFFENSES**;

13. Records and information relating to any social media accounts utilized by LANDON KYLE SWINFORD;

14. Evidence of others who aided and abetted, counseled, commanded, induced, or procured materials in support of the **SUBJECT OFFENSES**;

15. Any private messages pertaining to the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography;

16. All posted images and videos pertaining to the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography;

17. All posted text communications and public postings that further the receipt, distribution, possession, and attempt of such and access with intent to view of child pornography; and

18. All images depicting children engaging in sexually explicit conduct as defined in 18 U.S.C. § 2256.

5

As used above, the term "records" includes all of the foregoing items of evidence in whatever form and by whatever means they may have been created or stored, including any form of electronic storage and any photographic form.

This warrant authorizes a review of electronically stored information, communications, other records, and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant. The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts. Pursuant to this warrant, the FBI may deliver a completed copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.